**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY ALLYSON SMITH<br>9533 S. CARDINAL DR<br>LADSON, SC  29456<br><br><br><br><br><br><br>Debtor | CASE NO:  09-00506-JW<br><br>(CHAPTER 13)<br><br><br><br>TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No. 191201 in the amount of $1,210.00 representing monies designated as dividends to parties as follows:

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| KIMBERLY ALLYSON SMITH | | unable to locate debtor | $1,210.00 |

Dated: <u>January 29, 2011</u>

/s/ James M. Wyman
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| IN RE: | CASE NO: 09-00506-JW |
|---|---|
| KIMBERLY ALLYSON SMITH<br>9533 S. CARDINAL DR<br>LADSON, SC  29456 | (CHAPTER 13) |
| | **TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS** |
| Debtor | |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No. 191201 in the amount of $1,210.00 representing monies designated as dividends to parties as follows:

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| KIMBERLY ALLYSON SMITH | | unable to locate debtor | $1,210.00 |

Dated: <u>January 29, 2011</u>

/s/ James M. Wyman
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY ALLYSON SMITH<br>9533 S. CARDINAL DR<br>LADSON, SC  29456<br><br><br><br><br>Debtor | CASE NO:  09-00506-JW<br><br>(CHAPTER 13)<br><br><br>TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No. 191201 in the amount of $1,210.00 representing monies designated as dividends to parties as follows:

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| KIMBERLY ALLYSON SMITH | | unable to locate debtor | $1,210.00 |

Dated: <u>January 29, 2011</u>

/s/ James M. Wyman
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY ALLYSON SMITH<br>9533 S. CARDINAL DR<br>LADSON, SC  29456<br><br><br><br><br><br>Debtor | CASE NO:  09-00506-JW<br><br>(CHAPTER 13)<br><br><br><br>TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No. 191201 in the amount of $1,210.00 representing monies designated as dividends to parties as follows:

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| KIMBERLY ALLYSON SMITH | | unable to locate debtor | $1,210.00 |

Dated: <u>January 29, 2011</u>

/s/ James M. Wyman
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877
Email: 13office@charleston13.com